RECEIVED

AUG 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HARRISON MCDANIEL, <br> Petitioner | CIVIL ACTION <br> NO. CV04-1633-M |
| VERSUS | |
| WARDEN, WINN CORRECTIONAL CENTER, <br> Respondent | JUDGE ROBERT G. JAMES <br> MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that McDaniel's petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 8 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE